**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                              **NO. 3:08CV00116 JMM**

**JOHN K. HUTCHISON, Individually and as Partner of
EM-AL-AN FARMS PARTNERSHIP and as President of
HUTCH FARMS MAGIC, INC. and KAREN S.
HUTCHISON, Individually and as Partner of EM-AL-AN
FARMS PARTNERSHIP, THE FIRST NATIONAL BANK
OF WYNNE, ARKANSAS, Formerly The Bank of Harrisburg,
Now Known as First National Bank of Harrisburg; and
CARTER-COX SEEDS, INC. (aka C&C SEEDS, INC.)**               **DEFENDANTS**

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on October 23, 2008. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Poinsett County, Arkansas, for four consecutive weeks, the last publication being on November 20, 2008, and that the said sale was held at the Poinsett County Courthouse, Harrisburg, Arkansas, on December 3, 2008, at 10:00 a.m., in conformity with the judgment of this Court. At such sale Harold Kocher bid the sum of $13,500.00, and that being the highest and best bid offered, the property was then sold to Harold Kocher and Casey Kocher.

**IT IS, THEREFORE, ORDERED** that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $13,500.00 shall be paid to the United States of America, and the United States Department of Agriculture, Farm Service Agency. The expense items reported by the United States Marshal in the amount of $62.55 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an Order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchasers named in his report of sale and that they be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchasers, Harold Kocher and Casey Kocher, in possession of the property.

DATED: January 9, 2009

_____
UNITED STATES DISTRICT JUDGE