**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.      NO. 3:08CV00116 JMM** | |
| **JOHN K. HUTCHISON, Individually and as Partner of EM-AL-AN FARMS PARTNERSHIP and as President of HUTCH FARMS MAGIC, INC. and KAREN S. HUTCHISON, Individually and as Partner of EM-AL-AN FARMS PARTNERSHIP, THE FIRST NATIONAL BANK OF WYNNE, ARKANSAS, Formerly The Bank of Harrisburg, Now Known as First National Bank of Harrisburg; and CARTER-COX SEEDS, INC. (aka C&C SEEDS, INC.)** | **DEFENDANTS** |

**ORDER APPROVING MARSHAL'S DEED**

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Harold Kocher and Casey Kocher, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is **ORDERED** by the Court that a copy of this Order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: January 9, 2009

_____
UNITED STATES DISTRICT JUDGE