IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                    NO. 3:08CV00116 JMM

JOHN K. HUTCHISON, Individually and as Partner of
EM-AL-AN FARMS PARTNERSHIP and as President of
HUTCH FARMS MAGIC, INC. and KAREN S.
HUTCHISON, Individually and as Partner of EM-AL-AN
FARMS PARTNERSHIP, THE FIRST NATIONAL BANK
OF WYNNE, ARKANSAS, Formerly The Bank of Harrisburg,
Now Known as First National Bank of Harrisburg; and
CARTER-COX SEEDS, INC. (aka C&C SEEDS, INC.)                                          DEFENDANTS

## ORDER OF DISTRIBUTION

On December 3, 2008, at 10:00 a.m., at the South door of the Poinsett County Courthouse, Harrisburg, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on October 23, 2008.  At such sale Harold Kocher was the highest and best bidder for the property, and the property was then sold to the said Harold Kocher and Casey Kocher.

The United States Marshal received checks totaling $13,500.00 from Harold Kocher and Casey Kocher for payment in full for the property.  In accordance with the terms of the judgment, it is hereby **ORDERED** that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR  72201 and notify Richard M. Pence, Jr., Assistant United States Attorney, by sending copy of the transmittal document.

DATED: January 9, 2009

_____
UNITED STATES DISTRICT JUDGE